## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Wall to Wall Tile & Stone-Oregon LLC** |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **81-3461863** |
| **4.** | **Debtor's address** | **Principal place of business** **1500 D Street** **Vancouver, WA 98663-4390** Number, Street, City, State & ZIP Code  **Clark** County | **Mailing address, if different from principal place of business** _____ P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business** **126 NE Emerson Ave. Bend, OR 97701** Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | **http://walltowallcountertops.com/** |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

Debtor **Wall to Wall Tile & Stone-Oregon LLC**     Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    __2389__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ■ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| _____ | _____ | _____ |
| District | When | Case number |
| _____ | _____ | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☐ No
- ■ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | **See Attachment** | Relationship | _____ |
|---|---|---|---|
| District | When | Case number, if known | |
| _____ | _____ | _____ | |

| Debtor | **Wall to Wall Tile & Stone-Oregon LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district?***

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ■ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | Wall to Wall Tile & Stone-Oregon LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **July 16, 2019**
MM / DD / YYYY

X **/s/ Tyler Kruckenberg**
Signature of authorized representative of debtor

**Tyler Kruckenberg**
Printed name

Title  **Managing Member**

**18. Signature of attorney**

X **/s/ Timothy J. Conway**
Signature of attorney for debtor

Date  **July 16, 2019**
MM / DD / YYYY

**Timothy J. Conway 851752**
Printed name

**Tonkon Torp LLP**
Firm name

**1600 Pioneer Tower**
**888 SW Fifth Ave**
**Portland, OR 97204-2099**
Number, Street, City, State & ZIP Code

Contact phone  **503-221-1440**     Email address  **tim.conway@tonkon.com**

**851752 OR**
Bar number and State

Debtor **Wall to Wall Tile & Stone-Oregon LLC**  
Name

Case number (*if known*) _____

---

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
DISTRICT OF OREGON

Case number (*if known*) _____  Chapter **11**

☐ Check if this an amended filing

---

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | | | | |
|---|---|---|---|---|---|---|
| Debtor | **Wall to Wall Tile & Stone, LLC** | | | Relationship to you | | **Affiliate** |
| District | **Oregon** | When | **7/16/19** | Case number, if known | | |
| Debtor | **Wall to Wall Tile & Stone-Idaho, LLC** | | | Relationship to you | | **Affiliate** |
| District | **Oregon** | When | **7/16/19** | Case number, if known | | |

| | |
|---|---|
| 1 | Albert N. Kennedy, OSB No. 821429 (Lead Attorney)<br>　　Direct Dial:　503.802.2013 |
| 2 | 　　Facsimile:　503.972.3713<br>　　E-Mail:　　albert.kennedy@tonkon.com |
| 3 | Timothy J. Conway, OSB No. 851752<br>　　Direct Dial:　(503) 802-2027 |
| 4 | 　　Facsimile:　(503) 972-3727<br>　　E-Mail:　　tim.conway@tonkon.com |
| 5 | Michael W. Fletcher, OSB No. 010448<br>　　Direct Dial:　(503) 802-2169 |
| 6 | 　　Facsimile:　(503) 972-3867<br>　　E-Mail:　　michael.fletcher@tonkon.com |
| 7 | Ava L. Schoen, OSB No. 044072<br>　　Direct Dial:　(503) 802-2143 |
| 8 | 　　Facsimile:　(503) 972-3843<br>　　E-Mail:　　ava.schoen@tonkon.com |
| 9 | TONKON TORP LLP<br>888 SW Fifth Avenue, Suite 1600 |
| 10 | Portland, OR 97204-2099 |
| 11 | 　　Attorneys for Debtors |

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| In re<br><br>Wall to Wall Tile & Stone-Oregon LLC, an Oregon limited liability company,<br><br>　　　　　　Debtor. | Case No. |
|---|---|
| In re<br><br>Wall to Wall Tile & Stone, LLC, a Washington limited liability company,<br><br>　　　　　　Debtor. | Case No. |
| In re<br><br>Wall to Wall Tile & Stone-Idaho LLC, an Idaho limited liability company,<br><br>　　　　　　Debtor. | Case No.<br><br>**DISCLOSURE OF COMPENSATION OF ATTORNEYS FOR DEBTOR PURSUANT TO RULE 2016(b)** |

**Page 1 of 2** -　DISCLOSURE OF COMPENSATION OF ATTORNEYS FOR DEBTOR
　　　　　　　PURSUANT TO RULE 2016(b)

Tonkon Torp LLP ("Tonkon"), pursuant to Bankruptcy Rule 2016(b), states that:

1. Tonkon has been engaged by Debtors herein to act as their general bankruptcy counsel in this case.

2. In the 12 months preceding the filing of this Chapter 11 case, Tonkon received from Wall to Wall Tile & Stone, LLC, as set forth in its Rule 2014 Verified Statement for Proposed Professional, total payments of $89,400.25 (which includes filing fees) plus a $100,000 retainer which is held in Tonkon's trust account.

3. The filing fee for commencing this Chapter 11 case will be paid in full.

4. The payments to be made by Debtors to Tonkon for legal services, filing fees, and costs incurred in or in connection with this case will be from Debtors and from property of the bankruptcy estates. Tonkon has not shared or agreed to share with any person, other than its members, any compensation paid or to be paid.

DATED this 16th day of July, 2019.

TONKON TORP LLP

By */s/ Timothy J. Conway*
Albert N. Kennedy, OSB NO. 821429
Timothy J. Conway, OSB No. 851752
Michael W. Fletcher, OSB No. 010448
Ava L. Schoen, OSB No. 044072
Attorneys for Debtors

040202/00003/10185266v1

Page 2 of 2 - DISCLOSURE OF COMPENSATION OF ATTORNEYS FOR DEBTOR PURSUANT TO RULE 2016(b)

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Wall to Wall Tile & Stone-Oregon LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF OREGON** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Cosmos Granite (West), LLC** c/o Susman Godfrey LLP Attn: Rachel S. Black 1201 Third Ave. #3800 Seattle, WA 98101 | Rachel S. Black 206-516-3880 rblack@susmangodfrey.com | **Judgment** | | | | $4,500,000.00 |
| **Cosentino** 355 Alhambra Circle, Ste. 1000 Coral Gables, FL 33134 | 786-686-5060 karaf@cosentino.com | **Material supplier** | | | | $943,971.93 |
| **Batholite Natural Stone** 302 Wellspring Ct. Hockessin, DE 19707 | Harisha Koya 302-234-4448 | **Material supplier** | | | | $688,849.17 |
| **Loyalty Enterprise Development (Xinyang) Co., Ltd.** c/o Green & Norwood PLLC Attn: Matthew Green 2722 Eastlake Ave E, #350 Seattle, WA 98102 | Matthew Green 206-420-3486 matt@gnlawseattle.com | **Breach of Contract claim** | **Disputed** | | | $583,930.33 |
| **Fortuna Granitos Corp** 12614 Torbay Dr. Boca Raton, FL 33428 | 561-945-6372 roger@fortunagranitos.com | **Material supplier** | | | | $541,267.71 |
| **Caesarstone** POB 603791 Charlotte, NC 28260-3791 | 980-960-2940 | **Material supplier** | | | | $505,360.53 |

Official form 204      Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims      page 1

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | Wall to Wall Tile & Stone-Oregon LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **American Express** POB 650448 Dallas, TX 75265-0448 | 206-516-3880 | Credit card services | | | | $372,542.82 |
| **Washington State Dept of Labor & Industr** POB 44000 Olympia, WA 98504-4000 | 360-902-5800 | Workers Compensation Insurance | | | | $281,771.43 |
| **MS International, Inc.** 5930 4th Ave. S. Seattle, WA 98108 | 206-268-9200 | Material supplier | | | | $166,180.38 |
| **Columbia Bank** 1301 A St. #100 Tacoma, WA 98402 | 253-305-1940 | Credit card services | | | | $151,931.83 |
| **Daltile** Attn: Bankruptcy Dept. 7834 C F Hawn Fwy Dallas, TX 75217 | jennifer.bliss@daltile.com | Material supplier | | | | $113,999.02 |
| **Carson Oil** POB 6030 Portland, OR 97210 | 503-224-8500 info@carsonoil.com | Vehicle services | | | | $98,649.56 |
| **Pental Granite & Marble** 3900 A Industry Drive E Fife, WA 98424 | Mary Beth Ellis 253-344-5150 marybethe@agmgranite | Material supplier | | | | $92,996.30 |
| **Granquartz** POB 1767 3950 Steve Reynolds Blvd Norcross, GA 30093 | Tammy Doss 770-621-5213 tdoss@granquartz.com | Trade debt | | | | $83,177.84 |
| **Heffernan Insurance Brokers** POB 4006 Walnut Creek, CA 94596 | 925-934-8500 | Insurance services | | | | $77,342.00 |
| **Stone Profit Systems, Inc** U.S. Marketing & Sales Office 1629 N. Ashland Chicago, IL 60622 | 773-276-6000 dylan@stoneprofits.com | Software services | | | | $73,942.50 |
| **Bedrosians Tile & Stone** 4460 W. Shaw Ave, #197 Fresno, CA 93722 | Gerard, credit dept. 559-275-9990 gerard.credit@bedrosians.com | Material supplier | | | | $66,683.76 |

| Debtor | Wall to Wall Tile & Stone-Oregon LLC | | Case number *(if known)* | | |
| --- | --- | --- | --- | --- | --- |
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Lackmond Products POB 2045 Kennesaw, GA 30156** | **770-919-2100 rmathis@lackmond.com** | **Tools** | | | | **$59,451.67** |
| **Resolution Strategies LLP 515 NW Saltzman Rd. #909 Portland, OR 97229** | **503-226-2800 admin@rsllp.us** | **Legal services** | | | | **$58,400.54** |
| **Ferguson Enterprises, Inc. ATTN: Credit Dept. 2250 N. Columbia Blvd. Portland, OR 97217** | **503-283-333 nwdistrict.admin@ferguson.com** | **Supplies vendor** | | | | **$41,002.46** |

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 16, 2019**      X **/s/ Tyler Kruckenberg**
                                                                      Signature of individual signing on behalf of debtor

                                                                      **Tyler Kruckenberg**
                                                                      Printed name

                                                                      **Managing Member**
                                                                      Position or relationship to debtor

| | |
|---|---|
| 1 | Albert N. Kennedy, OSB No. 821429 (Lead Attorney) |
| |    Direct Dial: 503.802.2013 |
| 2 |    Facsimile: 503.972.3713 |
| |    E-Mail: albert.kennedy@tonkon.com |
| 3 | Timothy J. Conway, OSB No. 851752 |
| |    Direct Dial: (503) 802-2027 |
| 4 |    Facsimile: (503) 972-3727 |
| |    E-Mail: tim.conway@tonkon.com |
| 5 | Michael W. Fletcher, OSB No. 010448 |
| |    Direct Dial: (503) 802-2169 |
| 6 |    Facsimile: (503) 972-3867 |
| |    E-Mail: michael.fletcher@tonkon.com |
| 7 | Ava L. Schoen, OSB No. 044072 |
| |    Direct Dial: (503) 802-2143 |
| 8 |    Facsimile: (503) 972-3843 |
| |    E-Mail: ava.schoen@tonkon.com |
| 9 | TONKON TORP LLP |
| | 888 SW Fifth Avenue, Suite 1600 |
| 10 | Portland, OR 97204-2099 |
| 11 |    Attorneys for Debtor |

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF OREGON

| In re | Case No. |
|---|---|
| Wall to Wall Tile & Stone-Oregon LLC, an Oregon limited liability company,<br><br>               Debtor. | **CERTIFICATE OF SERVICE OF LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS ON THE U.S. TRUSTEE** |

19      I hereby certify that I served (1) a copy of the List of Creditors Holding 20

20 Largest Unsecured Claims; (2) address mailing labels for Debtor, Debtor's attorney, and a

21 contact person for each creditor on the list; and (3) this Certificate of Service, on the U.S.

22 Trustee at 620 SW Main Street, Room 213, Portland, Oregon 97205, by mailing copies

23 * * *

24 * * *

25 * * *

26 * * *

**Page 1 of 2** - CERTIFICATE OF SERVICE OF LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS ON THE U.S. TRUSTEE

| | |
|---|---|
| 1 | thereof to the address set forth and depositing in the U.S. mail at Portland, Oregon on July |
| 2 | 16, 2019. |
| 3 | DATED this 16th day of July, 2019. |
| 4 | TONKON TORP LLP |
| 5 | |
| 6 | By */s/ Timothy J. Conway* |
| 7 | Albert N. Kennedy, OSB NO. 821429<br>Timothy J. Conway, OSB No. 851752 |
| 8 | Michael W. Fletcher, OSB No. 010448<br>Ava L. Schoen, OSB No. 044072 |
| 9 | Attorneys for Debtor |
| 10 | 040202/00003/10143956v1 |

**Page 2 of 2** - CERTIFICATE OF SERVICE OF LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS ON THE U.S. TRUSTEE